**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 25-cr-269 (TSC)** |
| **v.** | |
| **RICARDO DEMAR BLACKSON,** | |
| **Defendant.** | |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America moves to dismiss the indictment against Defendant Ricardo Blackson without prejudice. *See* Fed. R. Crim. P. 48(a) ("The government may, with leave of court, dismiss an indictment . . . ."); *see also United States v. Borges*, 153 F. Supp. 3d 216, 219 (D.D.C. 2015) ("Under Rule 48, there is a strong presumption in favor of a no-prejudice dismissal unless the circumstances are 'exceptional' . . . ." (citation omitted)). Dismissal is in the interests of justice. *See United States v. Karake*, No. 02-cr-256 (ESH), 2007 WL 8045732, at *1 (D.D.C. Feb. 7, 2007) (granting government motion to dismiss an indictment without prejudice after the suppression of statements left the government unable to proceed to trial).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Blake J. Ellison*
        BLAKE J. ELLISON
        Assistant United States Attorney
        TX Bar No. 24117203
        601 D Street NW
        Washington, D.C. 20530
        Phone: 202-436-5921
        blake.ellison4@usdoj.gov